441 A.2d 781

City of York v. Rizzuto, Appellant.

Submitted March 24, 1981. Samuel K. Gates, for appellant; J. Robert Katherman, County Solicitor, for appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

441 A.2d 781

Commonwealth v. Allen, Appellant.
Petition for Allowance of Appeal Denied March 25, 1982.

Submitted March 2, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney for Commonwealth, appellee.

Before CERCONE, P. J., WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

BROSKY, J., filed a memorandum concurring and dissenting opinion.